# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6464

In the Matter of

ANNA-KATRINA S. CHRISTAKIS,
v.
ALLIED COLLECTION SERVICES, INC.,

Case Number:

**JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anna-Katrina S. Christakis

| | |
|---|---|
| NAME (Type or print) Daniel A. Edelman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel A. Edelman | |
| FIRM Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS 120 S. LaSalle St. 18th Floor | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 00712094 | TELEPHONE NUMBER (312) 739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |