AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ANNA-KATRINA S. CHRISTAKIS,

                CASE NUMBER:   07 C 6464

    V.                ASSIGNED JUDGE:   Pallmeyer

ALLIED COLLECTION SERVICES, INC.      DESIGNATED MAGISTRATE JUDGE:   Valdez

TO: (Name and address of Defendant)

ALLIED COLLECTION SERVICES, INC.
c/o Michael L. Feeney, Registered Agent
3080 S. Durango Dr., Suite 208
Las Vegas, NV 89117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 1 5 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                        Date                                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Northern District of Illinois
Eastern Division

**Anna-Katina S. Christakis**  PLAINTIFF(S)

vs.

**Allied Collection Services Inc**  DEFENDANT(S)

CASE NO: **07C6464**

**AFFIDAVIT OF SERVICE**

STATE OF NEVADA
COUNTY OF CLARK

Jim Baker, being first duly sworn, deposes and says: That affiant is, and was a citizen of the United States, over 18 years of age, and not a party to, nor interested in the proceeding in which this affidavit is made. That affiant received copies of the Summons and Complaint, on November 27, 2007 and served the same on November 28, 2007 at 9:30 AM, in the following manner:

By serving Allied Collection Services Inc personally, by delivering and leaving a copy with Michael L. Feeney as Resident Agent, an agent lawfully designated by statute to accept service of process;

Said service was effected at: 3080 S. Durango Drive, Ste 208, Las Vegas, NV 89117.

Jim Baker, Process Server
License No: 999A

SUBSCRIBED AND SWORN TO before me
today Wednesday, November 28, 2007.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
PAMELA DUDLEY
Appt. No. 04-90439-1
My Appt Expires July 22, 2008

**Legal Express**
911 S. 1st St.
Las Vegas, NV, 89101
(702) 877-0200 , (702) 384-8170 Fax
mailto:legex@aol.com
License No(s): 999/999A

*Prepared for:*
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
*Legex Slip # 57658-b/Samantha/Pd $35 #16196*

*Service Fees: $40.00*