# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNA-KATRINA S. CHRISTAKIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6464 |
| vs. ) | |
| ) | Judge Pallmeyer |
| ALLIED COLLECTION SERVICES, INC. ) | |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, ALLIED COLLECTION SERVICES, INC. ("ALLIED") by its attorneys, David M. Schultz, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this court grant it a 21-day enlargement of time, or up until January 8, 2008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. On November 14, 2007, plaintiff filed his complaint against ALLIED alleging violations of the Fair Debt Collection Practices Act ("FDCPA").

2. Defendant was served on or about November 28, 2007 and its responsive pleading is currently due on December 18, 2007.

3. Defense counsel has recently been retained and requests additional time to review the relevant facts and documents with its client in order to prepare a responsive pleading.

4. An initial status hearing has not yet been set in this matter and this motion will not cause any delay or prejudice any party in this case.

6265078v1 NEWFILE

WHEREFORE, defendant, ALLIED COLLECTION SERVICES, INC., respectfully requests this court grant it an enlargement of time up to and including January 8, 2008, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

ALLIED COLLECTION SERVICES, INC.

By: s/David M. Schultz
One of Its Attorneys

David M. Schultz
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000
(f) 312-704-3001

2