## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANNA-KATRINA S. CHRISTAKIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07 C 6464 |
| | ) Judge Pallmeyer |
| ALLIED COLLECTION SERVICES, INC. | ) |
| | ) Magistrate Judge Valdez |
| Defendant. | ) |

### NOTICE OF MOTION

TO:   Cathleen M. Combs            James O. Latturner
      ccombs@edcombs.com           jlatturner@edcombs.com

      Francis Richard Greene       Daniel A. Edelman
      fgreene@edcombs.com          courtecl@edcombs.com,
                                   dedelman@edcombs.com

**PLEASE TAKE NOTICE** that on **December 27, 2007**, at **8:45 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Pallmeyer or any Judge sitting in his/her stead in Courtroom 2119, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR ENLARGEMENT OF TIME,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

By: s/David M. Schultz
    David M. Schultz

David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com

6265181v1 838180

**CERTIFICATE OF SERVICE**

      I hereby certify that I served the above and foregoing **NOTICE OF MOTION and MOTION FOR ENLARGEMENT OF TIME,** with the Clerk of the Court electronically using the CM/ECF system to the above-referenced named parties at their respective address(es) on **December 19, 2007.**

                                                HINSHAW & CULBERTSON LLP

                                        By: s/David M. Schultz
                                                David M. Schultz

David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com