# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6464 | **DATE** | 12/20/2007 |
| **CASE TITLE** | Anna-Katrina S. Christakis vs. Allied Collection Services, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for enlargement of time to file a responsive pleading (12) granted to and including 1/8/08. Status hearing set for 1/23/08 is stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 1/23/08 at 9:00 a.m. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|