**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANNA-KATRINA S. CHRISTAKIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07-C-6464 |
| vs. | ) | |
| | ) | Judge Pallmeyer |
| ALLIED COLLECTION SERVICES, INC. | ) | |
| | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:  Cathleen M. Combs
     Daniel A. Edelman
     Francis Richard Greene
     James O. Latturner
     Edelman, Combs, Latturner &
     Goodwin, LLC
     120 South LaSalle Street, 18th Floor
     Chicago, IL 60603

     PLEASE TAKE NOTICE that on **January 8, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Defendant's **ANSWER TO COMPLAINT**, in connection with the above entitled cause, a copy of which is attached hereto.

          Respectfully submitted,

          HINSHAW & CULBERTSON LLP

          By: s/ Jennifer W. Weller
             Jennifer W. Weller

David M. Schultz (6197596)
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000
(f) 312-704-3001
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6270202v1 884202

## **CERTIFICATE OF SERVICE**

I hereby certify that on **January 8, 2008,** I electronically filed the above and foregoing **NOTICE OF FILING AND ANSWER TO COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

HINSHAW & CULBERTSON LLP


By:  s/ Jennifer W. Weller
      Jennifer W. Weller


David M. Schultz (6197596)
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000
(f) 312-704-3001
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6270202v1 884202