## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6464 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Anna-Katrina S. Christakis vs. Allied Collection Services, Inc. | | |

**DOCKET ENTRY TEXT**

At the request of counsel, the above cause is dismissed without prejudice, with leave to reinstate within thirty (30) days. Status hearing set for 3/21/2008 is stricken. Civil case terminated.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |